

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2021

No. 04-21-00507-CV

**IN RE KEN PAXTON,** in his official capacity as Attorney General of Texas

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI00942
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Original Proceeding[1]

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

On November 12, 2021, Relator filed a petition for writ of mandamus and an emergency motion. The motion asks this court to stay the trial court's November 10, 2021 order denying the Attorney General's motion to quash his deposition and for protection pending final disposition of its petition for writ of mandamus.

This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and Real Party in Interest may file a response to the petition in this court **no later than December 3, 2021**. Any response must comply with Rule 52.4.

Relator's emergency motion to stay is GRANTED. The trial court's order for the parties to "meet and confer regarding the date, time, and location of the deposition of Ken Paxton" is STAYED pending final disposition of Relator's petition for writ of mandamus or further order of this court.

It is so ORDERED on this 15th day of November, 2021.

---

[1] This proceeding arises out of Cause No. 2021CI00942 styled *Ken Paxton, in his official capacity as Attorney General of Texas v. William McManus, in his official capacity as Chief of the San Antonio Police Department*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

